| | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District Of California** | |
| In re:<br>Yvette Michelle Adams | CHAPTER NO.: 7 |
| | CASE NO.: 1:09−bk−26409 |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Statement of Related Cases required by Local Rule 1015−2.
☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002−1(g)]
☑ Summary of Schedules (Form B6). [Local Rule 1002−1(g)]
☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002−1(g)]
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b);
Local Rule 1002−1(g)]
☑ Declaration of Attorney's Limited Scope of Appearance. [Local Rule 2090−1(a); 1002−1(g)]
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income

**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521] within 30 days from filing of your petition. [Local Rule 1002−1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 7    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367−6603

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: December 7, 2009

                                **JON D. CERETTO, CLERK OF COURT**
                                **By: Terri Kinsley**
                                **Deputy Clerk**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: tkinsleyC            Page 1 of 1              Date Rcvd: Dec 07, 2009
Case: 09-26409                Form ID: ccdn              Total Noticed: 3

The following entities were noticed by first class mail on Dec 09, 2009.
db           +Yvette Michelle Adams,    24771 Sagecrest Cr,    Stevenson Ranch, CA 91381-2221
aty          +Jacob D Chang,    1600 Wilshire Blvd,    Third Fl,    Los Angeles, CA 90017-1629
ust          +United States Trustee (SV),     21051 Warner Center Lane, Suite 115,
               Woodland Hills, CA 91367-6550

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 09, 2009**                          **Signature:**    _/s/ Joseph Speetjens_